Exhibit 2

Method Claim: 11

| US10114608B2 | Crunchyroll App ("The Accused Product") |
|---|---|
| 11. A method of using a multi-mode media system operable at a given time in one of a first mode or a second mode, selectively, the first mode comprising operation as a system for accessing a media source co-housed with or connected to and operationally integrated with the multi-mode media system, the media source configured to access media content for playing by the multi-mode media system, and the second mode comprising operation of the | The accused product discloses a method of using a multi-mode media system (i.e., Crunchyroll mobile app) operable at a given time in one of a first mode (i.e., Offline viewing) or a second mode (i.e., Chromecast), selectively, the first mode (i.e., Offline viewing) comprising operation as a system for accessing a media source (i.e., Downloads stored in the storage of the device) co-housed with or connected to and operationally integrated with the multi-mode media system (i.e., Crunchyroll mobile app), the media source configured to access media content (i.e., Anime shows, movies and dramas) for playing by the multi-mode media system (i.e., Crunchyroll mobile app), and the second mode (i.e., Chromecast) comprising operation of the multi-mode media system (i.e., Crunchyroll mobile app) for controlling over a network a media source (i.e., chrome browser or Crunchyroll website) remote from the multi-mode media system (i.e., Crunchyroll mobile app).

As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media system) provides features such as viewing content when offline through downloads (i.e., first mode) and casting content to TV using Chromecast feature (i.e., second mode). Downloaded episodes of Anime shows, movies and dramas (i.e., media content) are stored in the storage of the device (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system) from which user can view them when offline (i.e., first mode). Also, the Chromecast feature (i.e., second mode) allows casting of Anime shows and dramas (i.e., media content) on TV and can be accessed through chrome browser or Crunchyroll website (i.e., media source remote from the multi-mode media system). |

multi-mode media system for controlling over a network a media source remote from the multi-mode media system, comprising:



https://www.crunchyroll.com/



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

Downloaded episodes typically expire after a certain amount of time.

- Unplayed: Around 7 days.
- Once started: Usually 48 hours after playback begins.

If the video expires before you have a chance to finish it, no worries! You can always download it again once you've got a stable internet connection.

Files download in the same order that you choose them. The number of episodes or series you can download at once depends on your device's available storage.

If you're having trouble downloading content, check that you have enough room on your device.

https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast

## ⌄ **What Services Work With Chromecast?**

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.
https://electronics.howstuffworks.com/chromecast.htm

## ⌄ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| (A) operating the multi-mode media system in a first mode, selectively, for accessing a | The accused product discloses that operating the multi-mode media system (i.e., Crunchyroll mobile app) in a first mode (i.e., Offline viewing), selectively, for accessing a media source (i.e., Downloads stored in the storage of the device) co-housed with or connected to and operationally integrated with the multi-mode media system (i.e., Crunchyroll mobile app), wherein when operated in the first mode (i.e., Offline viewing), the multi-mode media system (i.e., Crunchyroll mobile app) performs operations of: |
|---|---|

| media source co-housed with or connected to and operationally integrated with the multi-mode media system, wherein when operated in the first mode, the multi-mode media system performs operations of: | As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media system) provides features such as viewing content when offline through downloads (i.e., first mode). Downloaded episodes of Anime shows, movies and dramas (i.e., media content) are stored in the storage of the device (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system) from which user can view them when offline (i.e., first mode).<br><br><br><br>https://www.crunchyroll.com/ |
| --- | --- |



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

Downloaded episodes typically expire after a certain amount of time.

- Unplayed: Around 7 days.
- Once started: Usually 48 hours after playback begins.

If the video expires before you have a chance to finish it, no worries! You can always download it again once you've got a stable internet connection.

Files download in the same order that you choose them. The number of episodes or series you can download at once depends on your device's available storage.

If you're having trouble downloading content, check that you have enough room on your device.

https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline



https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

| a. displaying user-selectable media metadata on a display of the multi-mode media system, at least one media content being associated with each displayed media metadata and being stored | The accused product discloses that displaying user-selectable media metadata (i.e., Downloaded episodes of Anime shows, movies and dramas) on a display of the multi-mode media system (i.e., Crunchyroll mobile app), at least one media content (i.e., Anime shows and movies) being associated with each displayed media metadata (i.e., Downloaded episodes of Anime shows, movies and dramas) and being stored on and available from the media source (i.e., Downloads stored in the storage of the device) for playing by the multi-mode media system (i.e., Crunchyroll mobile app), and no selectable displayed media metadata (i.e., Downloaded episodes of Anime shows, movies and dramas) is associated with media content (i.e., Anime shows and movies) available from a separate media source (i.e., chrome browser or Crunchyroll website) remote from the multi-mode media system (i.e., Crunchyroll mobile app). |

| | |
|---|---|
| on and available from the media source for playing by the multi-mode media system, and no selectable displayed media metadata is associated with media content available from a separate media source remote from the multi-mode media system; | As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media system) provides features such as viewing content when offline through downloads (i.e., first mode). Downloaded episodes of Anime shows, movies and dramas (i.e., media content) are stored in the storage of the device (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system) from which user can view them when offline (i.e., first mode). Crunchyroll mobile app (i.e., multi-mode media system) has the option named "My Lists" which when viewed allows the selection of the downloaded episodes of Anime shows, movies and dramas (i.e., media content being associated with each displayed media metadata) already stored. Whereas the Anime shows, movies and dramas (i.e., media content) which are available only when online through chrome browser or Crunchyroll website (i.e., media source remote from the multi-mode media system), are not presented on this display (download section). |



https://www.crunchyroll.com/



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

| | |
|---|---|
|  | 

https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline |
| b. receiving from a user a selection of media metadata from among the displayed media metadata, wherein the selection indicates to the multi-mode media system | The accused product discloses that receiving from a user a selection of media metadata (i.e., Downloaded episodes of Anime shows, movies and dramas) from among the displayed media metadata (i.e., Downloaded episodes of Anime shows, movies and dramas), wherein the selection indicates to the multi-mode media system (i.e., Crunchyroll mobile app) that the user is requesting that said multi-mode media system (i.e., Crunchyroll mobile app) should play media content (i.e., Anime shows and movies) associated with the selected media metadata (i.e., Downloaded episodes of Anime shows, movies and dramas).

As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media system) provides features such as viewing content when offline through downloads (i.e., first mode). Downloaded episodes of Anime shows, movies and dramas (i.e., media |

| that the user is requesting that said multi-mode media system should play media content associated with the selected media metadata, and | content) are stored in the storage of the device (i.e., media source) from which user can view them when offline (i.e., first mode). Crunchyroll mobile app (i.e., multi-mode media system) has the option named "My Lists" which when viewed allows the selection of the downloaded episodes of Anime shows, movies and dramas (i.e., media content being associated with the selected media metadata) already stored.<br><br><br>https://www.crunchyroll.com/ |
|---|---|



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline



https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

| c. playing the selected media content on a first output device of the multi-mode media system; and | The accused product discloses that playing the selected media content (i.e., Anime shows and movies) on a first output device (i.e., portable device) of the multi-mode media system (i.e., Crunchyroll mobile app). |
| | |
| | As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media system) present in the portable device, provides features such as viewing content when offline through downloads (i.e., first mode). Downloaded episodes of Anime shows, movies and dramas (i.e., media content) can be viewed when offline (i.e., first mode) in the portable device (i.e., first output device). |



https://www.crunchyroll.com/



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline



https://help.crunchyroll.com/hc/en-us/articles/19203280609172-How-do-I-download-content-to-watch-offline

| (B) operating the multi-mode media system in a second mode, selectively, for controlling over a network a media source remote from the multi-mode media system, wherein when operated in | The accused product discloses that operating the multi-mode media system (i.e., multi-mode media app) in a second mode (i.e., Crunchyroll mobile app), selectively, for controlling over a network a media source (i.e., chrome browser or Crunchyroll website) remote from the multi-mode media system (i.e., Crunchyroll mobile app), wherein when operated in the second mode (i.e., Chromecast), the multi-mode media system (i.e., Crunchyroll mobile app) performs operations of.<br><br>As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media system) provides features such as casting content to TV using Chromecast feature (i.e., second mode) using "cast icon". The Chromecast feature (i.e., second mode) allows casting of Anime shows and dramas (i.e., media content) on TV. Anime shows and dramas (i.e., media content) can be accessed through chrome browser or Crunchyroll |

| the second mode, the multi-mode media system performs operations of: | website (i.e., media source).<br><br><br><br>https://www.crunchyroll.com/ |



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast

## ∨ **What Services Work With Chromecast?**

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

## ∨ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| a. connecting, via a network interface, the multi-mode media system with a media | The accused product discloses that connecting, via a network interface, the multi-mode media system (i.e., Crunchyroll mobile app) with a media source (i.e., chrome browser or Crunchyroll website) remote from the multi-mode media system (i.e., Crunchyroll mobile app).<br><br>As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media |
| --- | --- |

| | |
|---|---|
| source remote from the multi-mode media system, | system) provides features such as casting content to TV using Chromecast feature (i.e., second mode) using "cast icon". The Chromecast feature (i.e., second mode) allows casting of Anime shows and dramas (i.e., media content) on TV. Anime shows and dramas (i.e., media content) can be accessed through chrome browser or Crunchyroll website.<br><br><br><br>https://www.crunchyroll.com/ |



Does Crunchyroll offer a free trial?

**How does Crunchyroll's streaming work?**     —

Crunchyroll allows users to stream anime anytime, anywhere on various devices, including smartphones, tablets, gaming consoles, and smart TVs. Premium members enjoy higher-quality streaming and faster access to new episodes.

What anime titles can I watch on Crunchyroll?     +

What are the benefits of Crunchyroll Premium?     +

How do I cancel my Crunchyroll subscription?     +

Does Crunchyroll have dubbed anime?     +

Can I download anime on Crunchyroll?     —

Yes, but downloading episodes for offline viewing is available only for Mega Fan and Ultimate Fan subscribers.

How do I activate Crunchyroll on my device?     +

https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast

## ⌄ **What Services Work With Chromecast?**

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.
https://electronics.howstuffworks.com/chromecast.htm

## ⌄ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| | |
|---|---|
| b. sending, using the network interface, a request for media metadata from the multi-mode | The accused product discloses that sending, using the network interface, a request for media metadata (i.e., full content line-up) from the multi-mode media system (i.e., Crunchyroll mobile app) to the remote media source (i.e., chrome browser or Crunchyroll website).<br><br>As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media |

| media system to the remote media source, | system) provides features such as casting content to TV using Chromecast feature (i.e., second mode) using "cast icon". The Chromecast feature allows casting of Anime shows and dramas (i.e., media content) on TV. Anime shows and dramas (i.e., media content) can be accessed through chrome browser or Crunchyroll website (i.e., remote media source) wherein full content line-up (i.e., media metadata) of Anime shows and dramas (i.e., media content) is presented on the mobile phone, tablet or desktop which will cast the content to the TV. |
|---|---|
| |  |

https://www.crunchyroll.com/



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast

## ⌄ What Services Work With Chromecast?

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

| | |
|---|---|
| | ## ⌄ **What Makes Chromecast Stream to Your TV?**<br><br><br>A demo of the Chromecast being controlled from a Google Nexus 7 tablet.<br>© JUSTIN SULLIVAN/GETTY IMAGES<br><br>Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.<br><br>One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.<br><br>https://electronics.howstuffworks.com/chromecast.htm |
| c. receiving at the multi-mode media system, using the network interface, media metadata from | The accused product discloses that receiving at the multi-mode media system (i.e., Crunchyroll mobile app), using the network interface, media metadata (i.e., full content line-up) from the remote media source (i.e., chrome browser or Crunchyroll website), the media metadata (i.e., full content line-up) associated with and indicating media content (i.e., Anime shows and Dramas) available from the remote media source (i.e., chrome browser or Crunchyroll website). |

| | |
|---|---|
| the remote media source, the media metadata associated with and indicating media content available from the remote media source, | As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media system) provides features of viewing such as casting content to TV using Chromecast feature (i.e., second mode) using "cast icon". The Chromecast feature (i.e., second mode) allows casting of Anime shows and dramas (i.e., media content) on TV. Anime shows and dramas (i.e., media content) can be accessed through chrome browser or Crunchyroll website (i.e., remote media source) wherein full content line-up (i.e., media metadata) of Anime shows and dramas (i.e., media content) is presented on the mobile phone, tablet or desktop which will cast the content to the TV.<br><br> |

https://www.crunchyroll.com/



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast

## ⌄ What Services Work With Chromecast?

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

## ∨ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| d. displaying, on a display of the multi-mode media system, at least one received media | The accused product discloses that displaying, on a display of the multi-mode media system (i.e., Crunchyroll mobile app), at least one received media metadata (i.e., full content line-up). As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media system) provides features of viewing such as casting content to TV using Chromecast |

| metadata, and | feature (i.e., second mode) using "cast icon". Anime shows and dramas (i.e., media content) can be accessed through chrome browser or Crunchyroll website (i.e., media source) wherein full content line-up (i.e., media metadata) of Anime shows and dramas (i.e., media content) is presented on the display of mobile phone, tablet or desktop which will select the Anime shows and dramas (i.e., media content) cast the content to the TV. |
|---|---|
| |  |
| | https://www.crunchyroll.com/ |



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast

## ∨ What Services Work With Chromecast?

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

## ⌄ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| | |
|---|---|
| e. generating a signal in response to a user selection of at least one displayed media | The accused product discloses that generating a signal (i.e., tapping "cast icon") in response to a user selection of at least one displayed media metadata (i.e., full content line-up), the multi-mode media system (i.e., Crunchyroll mobile app) sending using the network interface the corresponding signal to the remote media source (i.e., chrome browser or Crunchyroll website), wherein the corresponding signal includes at least media content metadata (i.e., full content line-up of Anime shows and Dramas) available |

| | |
|---|---|
| metadata, the multi-mode media system sending using the network interface the corresponding signal to the remote media source, wherein the corresponding signal includes at least media content metadata available from the remote media source such that the remote media source responds to the corresponding signal by accessing the identified selected media content and once accessed, sends the identified media content directly to a second output device separate | from the remote media source (i.e., chrome browser or Crunchyroll website) such that the remote media source (i.e., chrome browser or Crunchyroll website) responds to the corresponding signal by accessing the identified selected media content (i.e., Anime shows and Dramas) and once accessed, sends the identified media content (i.e., Anime shows and Dramas) directly to a second output device (i.e., TV) separate from the multi-mode media system (i.e., Crunchyroll mobile app) without said media content (i.e., Anime shows and Dramas) passing through the multi-mode media system (i.e., Crunchyroll mobile app) before reaching the second output device (i.e., TV).<br><br>As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media system) provides features of viewing such as casting content to TV using Chromecast feature (i.e., second mode) by tapping "cast icon". The Chromecast feature allows casting of Anime shows and dramas (i.e., media content) on TV. Anime shows and dramas (i.e., media content) can be accessed through chrome browser or Crunchyroll website (i.e., remote media source) wherein full content line-up (i.e., media metadata) of Anime shows and dramas (i.e., media content) is presented on the mobile phone, tablet or desktop which will cast the content directly to the TV. Anime shows and dramas (i.e., media content) are directly shown on TV whereas the mobile phone, tablet or desktop having the Crunchyroll app acts as a controller for selecting Anime shows and dramas (i.e., media content).<br><br>Chromecast works by plugging into the TV (i.e., second output device) HDMI port, connecting to same WiFi network (i.e., network interface), and cast Anime shows and dramas from portable device to the TV using Crunchyroll mobile app (i.e., multi-mode media system), directly from chrome browser or Crunchyroll website (i.e., remote media source), to TV (i.e., second output device). |

from the multi-mode media system without said media content passing through the multi-mode media system before reaching the second output device;



https://www.crunchyroll.com/



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast



https://www.crunchyroll.com/news/latest/2014/6/3/crunchyroll-now-available-on-chromecast

## ⌄ What Services Work With Chromecast?

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

## ﹀ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| wherein the multi-mode media system is not operable in both the first and second modes | The accused product discloses that the multi-mode media system (i.e., Crunchyroll mobile app) is not operable in both the first (i.e., Offline viewing) and second modes (i.e., Chromecast) simultaneously nor operable exclusively only in a single one of such modes ((i.e., Offline viewing and Chromecast).<br><br>As shown below, the accused product Crunchyroll mobile app (i.e., multi-mode media |
| --- | --- |

| | |
|---|---|
| simultaneously nor operable exclusively only in a single one of such modes. | system) provides features of viewing such as viewing content when offline through downloads (i.e., first mode) and casting content to TV using Chromecast feature (i.e., second mode). Both the features are independent of each other and are used separately.<br><br><br><br>https://www.crunchyroll.com/ |



https://www.crunchyroll.com/



https://help.crunchyroll.com/hc/en-us/articles/22701390449044-How-do-I-watch-Crunchyroll-on-my-Android-device

## ⌄ **What Services Work With Chromecast?**

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

## ∨ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

## ⌄ What Services Work With Chromecast?

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

## ⌄ What Makes Chromecast Stream to Your TV?



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm